**Order entered October 13, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01146-CV

### IN THE INTEREST OF Z.H., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-03051**

## ORDER

This accelerated appeal involves the termination of appellant's parental rights. Appellant is indigent and allowed to proceed without advance payment of costs. The clerk's record is overdue. By postcard notice dated October 2, 2017, the Court informed Felicia Pitre, Dallas County District Clerk, that the record was overdue and instructed her to file the clerk's record within ten days. As of today's date, the record has not been filed.

Accordingly, we **ORDER** Ms. Pitre to file the clerk's record by **OCTOBER 23, 2017**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/    DAVID EVANS
          JUSTICE